**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00292-WJM-KMT

ANGELO ALBANO, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

MOLYCORP, INC.,
MARK A. SMITH and
JAMES S. ALLEN,

    Defendants.

---

**JOINT MOTION TO VACATE RULE 16(b) SCHEDULING CONFERENCE
AND RELATED DEADLINES**

---

The Parties – plaintiff Angelo Albano ("Plaintiff"), and defendants Molycorp, Inc., Mark A. Smith and James S. Allen ("Defendants"), through their undersigned counsel,[1] hereby move this Court for entry of an Order vacating the Fed. R. Civ. P. 16(b) scheduling and planning conference ("Rule 16(b) Scheduling Conference") currently set for May 10, 2012, at 9:15 a.m. (Mountain) before Magistrate Judge Kathleen M. Tafoya and the related deadlines.  Under D.C.COLO.LCivR 7.1A, the Parties certify that they have conferred and jointly seek this relief.  As grounds in support of this Joint Motion, the Parties state as follows:

---

[1]     Gregory Kerwin and Allison Kostecka from Gibson, Dunn & Crutcher LLP will represent Defendant Molycorp, Inc. in this action.  Eric Landau and Rana Nader from Jones Day will represent Defendants Mark A. Smith and James S. Allen.

**Procedural Background**

1.  On February 3, 2012, Plaintiff filed this putative investor class action alleging violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") by Defendants. *See* Doc. #1.

2.  By order dated February 6, 2012, the Court referred this matter to Magistrate Judge Kathleen M. Tafoya to conduct certain proceedings. *See* Doc. #4.

3.  On February 13, 2012, Magistrate Judge Tafoya entered an Order setting various deadlines including the Rule 16(b) Scheduling Conference for May 7, 2012, at 9:30 a.m. (Mountain). *See* Doc. #5. Pursuant to that Order, the first deadline scheduled to occur is the Parties' Rule 26(f) conference on April 16, 2012. *See id.* at 2. On March 14, 2012, Magistrate Judge Tafoya entered a Second Order rescheduling these deadlines. The Rule 16(b) Scheduling Conference was rescheduled for May 10, 2012 at 9:15 a.m. (Mountain). *See* Doc. #9 at 1. The deadline for the Parties' Rule 26(f) conference was extended until April 19, 2012, accordingly. *See id.* at 2.

**Good Cause Exists for the Requested Relief**

4.  The Parties respectfully request that this Court vacate the Rule 16(b) Scheduling Conference currently set for May 10, 2012, and the related deadlines.

5.  As set forth above, this is a putative securities class action governed by the Exchange Act and the Private Securities Litigation Reform Act of 1995 ("PSLRA"). The PSLRA requires the appointment of lead plaintiff and lead counsel prior to other action in the case. *See* 15 U.S.C. §78u-4(a)(3). Under the deadlines set by the PSLRA, lead plaintiff candidates in this case must file their motions by April 3, 2012.

Thereafter, responses and replies will be filed, and the Court will appoint lead plaintiff and lead counsel in accordance with the PSLRA and controlling authority.  The Parties anticipate that once appointed, lead plaintiff and lead counsel will file a consolidated and/or amended complaint (or otherwise designate an operative complaint).

6. In addition to specifying procedures for appointment of a lead plaintiff and lead counsel, the PSLRA, 15 U.S.C. §78u-4(b)(3)(B), provides that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss… ." This provision has been held applicable when defendants indicate an intention to file a motion to dismiss, which is the case here.  Accordingly, under the terms of the PSLRA, all discovery and other proceedings are to be stayed, and as a result, the Parties believe that addressing scheduling-related matters would be premature at this time given the PSLRA's automatic stay provision.

7. Good cause thus exists, for reasons of judicial efficiency and economy, to vacate the Rule 16(b) Scheduling Conference set for May 10, 2012 before Magistrate Judge Tafoya and the related deadlines until after the adequacy of the operative complaint is ruled upon and the PSLRA's automatic stay is lifted.

8. At this time, a date certain for these deadlines cannot be given under D.C.COLO.LCivR 6.1D, because the exact date on which this Court will appoint lead plaintiff and lead counsel is not currently known.  This is the first request sought by the Parties to vacate or reset the Rule 16(b) Scheduling Conference and related deadlines in this action.

- 4 -

9.	Pursuant to D.C.COLO.LCivR 6.1E, counsel for the Parties certify that a copy of this Joint Motion is being timely served on each of their respective clients.

WHEREFORE, the Parties respectfully move this Court for entry of an Order vacating the Rule 16(b) Scheduling Conference currently set for May 10, 2012 before Magistrate Judge Tafoya and the related deadlines.

DATED:  March 27, 2012

| | |
|---|---|
| DYER & BERENS LLP | GIBSON, DUNN & CRUTCHER LLP |
| *s/ Jeffrey A. Berens* | *s/ Gregory J. Kerwin* |
| Robert J. Dyer III | Gregory J. Kerwin |
| Jeffrey A. Berens | Allison Kostecka |
| 303 East 17th Avenue, Suite 300 | 1801 California Street, Suite 4200 |
| Denver, CO  80203 | Denver, CO  80202 |
| Telephone: (303) 861-1764 | Telephone: (303) 298-5739 |
| FAX: (303) 395-0393 | FAX: (303) 313-2829 |
| Email: bob@dyerberens.com | Email: gkerwin@gibsondunn.com |
| Email: jeff@dyerberens.com | Email: akostecka@gibsondunn.com |

Darren J. Robbins
David C. Walton
Trig R. Smith
ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: (619) 231-1058
FAX: (619) 231-7423

Attorneys for Defendant Molycorp, Inc.

JONES DAY

*s/ Rana Nader*
Rana Nader
Eric Landau
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
Telephone: (949) 851-3939
FAX: (949) 553-7539
Email: elandau@jonesday.com
Email: rnader@jonesday.com

Deborah R. Gross
LAW OFFICES BERNARD M.
   GROSS, P.C.
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA  19107
Telephone: (215) 561-3600
FAX: (215) 561-3000

Attorneys for Defendants Mark A. Smith and James S. Allen

Kenneth A. Elan
LAW OFFICES OF KENNETH A. ELAN
217 Broadway, Suite 606
New York, NY  10007
Telephone: (212) 619-0261
FAX: (212) 385-2707

Attorneys for Plaintiff Angelo Albano

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2012, a true and correct copy of the foregoing JOINT MOTION TO VACATE RULE 16(b) SCHEDULING CONFERENCE AND RELATED DEADLINES was served via the ECF/PACER system:

| | |
|---|---|
| Darren J. Robbins<br>David C. Walton<br>Trig R. Smith<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone: (619) 231-1058<br><br>*Attorneys for Plaintiff*<br>(served via ECF/Pacer) | Robert J. Dyer III<br>Jeffrey A. Berens<br>DYER & BERENS LLP<br>303 East 17th Avenue, Suite 300<br>Denver, CO  80203<br><br>*Attorneys for Plaintiff*<br>(served via ECF/Pacer) |
| Deborah R. Gross<br>LAW OFFICES BERNARD M.<br>GROSS, P.C.<br>Wanamaker Bldg., Suite 450<br>100 Penn Square East<br>Philadelphia, PA  19107<br><br>*Attorneys for Plaintiff*<br>(served via ECF/Pacer) | Kenneth A. Elan<br>LAW OFFICES OF KENNETH A. ELAN<br>217 Broadway, Suite 606<br>New York, NY  10007<br><br>*Attorneys for Plaintiff*<br>(served via ECF/Pacer) |
| Eric Landau (elandau@jonesday.com)<br>Rana Nader (rnader@jonesday.com)<br>Jones Day<br>3161 Michelson Drive, Suite 800<br>Irvine, California  92612-4408<br><br>*Attorneys for Defendants Mark A. Smith and James S. Allen*<br>(served via ECF/Pacer) | |

*s/ Lynette Apodaca*
Lynette Apodaca