**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-00292-WJM-KMT

ANGELO ALBANO, individually and on
behalf of all others similarly situated,

                Plaintiff,

v.

MOLYCORP, INC.,
MARK A SMITH and
JAMES S. ALLEN,

                Defendants.

**MOTION OF SEAN L. HARRINGTON FOR
APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF HIS SELECTION OF CO-LEAD COUNSEL**

Class member and lead plaintiff movant Sean L. Harrington ("Harrington")
respectfully submits this motion for appointment as Lead Plaintiff pursuant to
§21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as
amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15
U.S.C. §78u-4; and for approval of Harrington's selection of the law firms of Lockridge
Grindal Nauen P.L.L.P. and Zimmerman Reed P.L.L.P. to serve as lead counsel for the
putative class pursuant to §21D(a)(3)(B)(v) of the Exchange Act.

The basis for this motion is set forth in the supporting memorandum, Declaration,
and exhibits, which are filed contemporaneously with this motion.

DATED: April 3, 2012                    Respectfully submitted,

                                        /s/ Charles W. Lilley                    .
                                        Charles W. Lilley #9443
                                        Karen Cody-Hopkins #35367 (Of Counsel)
                                        CHARLES LILLEY & ASSOCIATES P.C.
                                        730 17th Street, Suite 670
                                        Denver, CO 80202
                                        Tel: (303) 293-9800
                                        Fax: (303) 298-8975
                                        Email: clilley@LilleyLaw.com
                                        Email: karen@codyhopkinslaw.com

                                        Gregg M. Fishbein
                                        Karen H. Riebel
                                        Elizabeth R. Odette
                                        LOCKRIDGE GRINDAL NAUEN P.L.L.P
                                        Suite 2200
                                        100 Washington Avenue South
                                        Minneapolis, MN 55401
                                        Tel: (612) 339-6900
                                        Fax: (612) 339-0981

                                        Carolyn G. Anderson
                                        Brian C. Gudmundson
                                        ZIMMERMAN REED, PLLP
                                        1100 IDS Center
                                        80 South 8th Street
                                        Minneapolis, Minnesota  55402
                                        Tel:  (612) 341-0400
                                        Fax:  (612) 341-0844

                                        *Counsel for Proposed Lead Plaintiff Harrington*