**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-00292-WJM-KMT

ANGELO ALBANO, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

MOLYCORP, INC.,
MARK A SMITH and
JAMES S. ALLEN,

        Defendants.

**DECLARATION OF CHARLES W. LILLEY
IN SUPPORT OF SEAN L. HARRINGTON'S
MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF HIS SELECTION OF CO-LEAD COUNSEL**

I, CHARLES W. LILLEY, under oath do hereby declare and state as follows:

1. I am an attorney at the law firm of Charles Lilley & Associates PC, co-counsel of record for Interested Party, Sean Harrington, as proposed Lead Plaintiff in the above-entitled action.

2. I submit this Declaration in support of proposed Lead Plaintiff Sean L. Harrington's Motion for Appointment as Lead Plaintiff and Approval of His Selection of Co-Lead Counsel.

3. Attached hereto as Exhibit A is a true and correct copy of Lockridge Grindal Nauen P.L.L.P. firm resume.

4. Attached hereto as Exhibit B is a true and correct copy of Zimmerman

455605.1

- 2 -

Reed, PLLP firm resume.

5. Attached hereto as Exhibit C is a true and correct copy of Charles Lilley & Associates P. C. firm resume.

6. Attached hereto as Exhibit D is a true and correct copy of Robbins Geller Rudman & Dowd's press release regarding the lawsuit against Molycorp, Inc. dated February 3, 2012.

7. Attached hereto as Exhibit E is a true and correct copy of the plaintiff's certification signed by Sean L. Harrington.

Dated: April 3, 2012  /s/Charles W. Lilley_____
Charles W. Lilley #9443
CHARLES LILLEY & ASSOCIATES P.C.
730 17th Street, Suite 670
Denver, CO 80202
Telephone: (303) 293-9800
Facsimile: (303) 298-8975
Email: clilley@lilleylaw.com