EXHIBIT E

## PLAINTIFF CERTIFICATION

I, Sean L. Harrington, hereby state:

1. I have reviewed a Complaint against Molycorp, Inc., and certain of its officers and directors, and authorized the filing of the same or a similar complaint on my behalf.

2. I did not purchase any Molycorp, Inc. securities at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. The following includes all of my transactions in Molycorp, Inc. securities during the Class Period as defined in the Complaint:

| TRANSACTION (PURCHASE, SALE, EXCHANGE, CALL, PUT, ETC.) | TRADE DATE | PRICE |
|---|---|---|

See attached Exhibit A

5. I have filed the following civil actions as a representative party on behalf of a class under the federal securities laws during the last three years.

None

6. I will not accept any payment for serving as a representative party on behalf of a class except to receive my pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __8__ day of __March__, 2012.

_____
(signature)

__Sean Harrington__
(print name)

__Dakota__
(county of residence)

454886.1

**EXHIBIT A**
Molycorp, Inc.
Class Period Transactions (3/9-11-11/10/11)

| TRANSACTION (PURCHASE, SALE, EXCHANGE, CALL, PUT, ETC.) | TRADE DATE | PRICE |
| --- | --- | --- |
| Purchase 275 shares | 3/16/2011 | 44.67 |
| Purchase 80 shares | 3/16/2011 | 44.60 |
| Sell 310 shares | 3/22/2011 | 50.10 |
| Sell 310 shares | 3/22/2011 | 49.70 |
| Sell 275 shares | 3/22/2011 | 49.11 |
| Sell 300 shares | 3/22/2011 | 47.53 |
| Purchase 150 shares | 6/15/2011 | 50.55 |
| Purchase 200 shares | 6/15/2011 | 51.05 |
| Purchase 440 shares | 6/15/2011 | 51.40 |
| Sell 440 shares | 6/15/2011 | 52.30 |
| Buy 100 shares | 6/15/2011 | 51.15 |
| Purchase 251 shares | 6/15/2011 | 51.75 |
| Purchase 89 shares | 6/15/2011 | 51.85 |
| Sell 790 shares | 6/20/2011 | 52.54 |
| Purchase 200 shares | 7/6/2011 | 55.35 |
| Purchase 200 shares | 7/6/2011 | 55.58 |
| Purchase 363 shares | 7/6/2011 | 57.46 |
| Purchase 100 shares | 7/6/2011 | 57.51 |
| Sell 863 shares | 7/7/2011 | 57.30 |
| Sell 250 shares | 7/11/2011 | 53.95 |
| Buy 250 shares | 7/11/2011 | 53.65 |
| Purchase 330 shares | 7/11/2011 | 54.18 |
| Purchase 778 shares | 7/12/2011 | 54.40 |
| Sell 778 shares | 7/12/2011 | 54.55 |
| Purchase 250 shares | 7/12/2011 | 53.25 |
| Purchase 198 shares | 7/12/2011 | 53.51 |
| Sell 778 shares | 7/13/2011 | 54.60 |
| Purchase 360 shares | 7/14/2011 | 53.51 |
| Sell 810 shares | 7/19/2011 | 53.65 |
| Purchase 450 shares | 7/19/2011 | 53.46 |
| Purchase 500 shares | 8/4/2011 | 56.05 |
| Purchase 445 shares | 8/5/2011 | 53.89 |
| Sell 465 shares | 8/5/2011 | 53.85 |
| Purchase 40 shares | 8/5/2011 | 51.98 |
| Purchase 425 shares | 8/5/2011 | 52.65 |
| Purchase 9 shares | 8/8/2011 | 48.31 |
| Purchase 380 shares | 8/8/2011 | 51.00 |
| Sell 1334 shares | 8/12/2011 | 61.50 |

| **TRANSACTION** (PURCHASE, SALE, EXCHANGE, CALL, PUT, ETC.) | **TRADE DATE** | **PRICE** |
|---|---|---|
| Purchase 200 shares | 8/17/2011 | 55.00 |
| Purchase 350 shares | 8/17/2011 | 56.19 |
| Sell 550 shares | 8/30/2011 | 57.30 |
| Purchase 500 shares | 9/20/2011 | 42.00 |
| Purchase 250 shares | 9/20/2011 | 42.10 |
| Purchase 250 shares | 9/20/2011 | 42.25 |
| Purchase 250 shares | 9/20/2011 | 42.45 |
| Purchase 250 shares | 9/20/2011 | 42.66 |
| Purchase 250 shares | 9/20/2011 | 43.16 |
| Purchase 250 shares | 9/20/2011 | 43.70 |
| Purchase 250 shares | 9/20/2011 | 44.00 |
| Purchase 250 shares | 9/20/2011 | 44.25 |
| Purchase 250 shares | 9/20/2011 | 44.75 |
| Purchase 250 shares | 9/20/2011 | 45.50 |
| Purchase 250 shares | 9/20/2011 | 46.00 |
| Purchase 250 shares | 9/20/2011 | 46.73 |
| Purchase 250 shares | 9/20/2011 | 47.50 |
| Purchase 250 shares | 9/20/2011 | 47.94 |
| Purchase 500 shares | 9/20/2011 | 48.25 |
| Purchase 115 shares | 9/26/2011 | 35.50 |
| Purchase 385 shares | 10/7/2011 | 34.65 |
| Purchase 430 shares | 10/10/2011 | 36.48 |
| Sell 490 shares | 10/10/2011 | 37.00 |
| Sell 280 shares | 10/11/2011 | 36.65 |
| Purchase 99 shares | 10/11/2011 | 35.00 |
| Purchase 181 shares | 10/11/2011 | 35.40 |
| Sell 440 shares | 10/12/2011 | 37.98 |
| Sell 450 shares | 10/13/2011 | 37.18 |
| Purchase 550 shares | 10/13/2011 | 36.95 |
| Sell 450 shares | 10/13/2011 | 37.15 |
| Purchase 102 shares | 10/13/2011 | 36.20 |
| Purchase 348 shares | 10/13/2011 | 36.15 |
| Purchase 275 shares | 10/17/2011 | 37.00 |
| Sell 275 shares | 10/18/2011 | 38.65 |
| Sell 275 shares | 10/21/2011 | 37.85 |
| Purchase 275 shares | 10/21/2011 | 36.75 |
| Purchase 500 shares | 10/25/2011 | 37.20 |
| Purchase 500 shares | 10/25/2011 | 37.50 |
| Sell 500 shares | 10/25/2011 | 38.27 |
| Purchase 500 shares | 10/25/2011 | 37.20 |
| Sell 1100 shares | 10/26/2011 | 38.45 |
| Sell 1000 shares | 10/27/2011 | 39.87 |
| Purchase 1000 shares | 10/27/2011 | 39.45 |