## CERTIFICATION OF NAMED PLAINTIFF

I, Edward Alexander, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the complaint (the "Complaint") and would be willing to serve as a lead plaintiff on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial, if necessary.

2. I did not purchase the stock that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3. My transactions in the securities of Molycorp, Inc. during the Class Period defined in the Complaint are set forth on Schedule A attached hereto.

4. During the three years prior to the date of this Certification, I have not sought to serve, nor have I served, as a representative party on behalf of a class in any private action arising under the federal securities laws.

5. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of February, 2012

_____
Edward Alexander

## SCHEDULE A - TRANSACTIONS IN MOLYCORP, INC.

### Purchases in Molycorp, Inc.

| Date | Transaction | Price per share |
|---|---|---|
| 8/1/2011 | 100 | $64.41 |
| 8/1/2011 | 100 | $64.41 |
| 8/1/2011 | 100 | $64.43 |
| 8/1/2011 | 100 | $64.44 |
| 8/1/2011 | 900 | $64.43 |
| 8/1/2011 | 100 | $64.44 |
| 8/1/2011 | 200 | $64.44 |
| 8/9/2011 | 100 | $48.89 |
| 8/9/2011 | 200 | $48.90 |
| 8/9/2011 | 100 | $48.90 |
| 8/9/2011 | 100 | $48.90 |
| 8/9/2011 | 100 | $48.94 |
| 8/9/2011 | 800 | $48.93 |
| 8/23/2011 | 100 | $50.99 |
| 8/23/2011 | 100 | $50.99 |
| 8/23/2011 | 600 | $50.99 |
| 8/23/2011 | 100 | $51.00 |
| 8/23/2011 | 100 | $51.00 |
| 9/22/2011 | 100 | $36.97 |
| 9/22/2011 | 100 | $36.97 |
| 9/22/2011 | 100 | $36.98 |
| 9/22/2011 | 600 | $36.97 |
| 9/22/2011 | 100 | $36.98 |
| 9/23/2011 | 100 | $35.50 |
| 9/23/2011 | 200 | $35.51 |
| 9/23/2011 | 300 | $35.50 |

### Sales in Molycorp, Inc.

| Date | Transaction | Price per share |
|---|---|---|

NONE

Edward Alexander

| Purchase Date | Number of Shares Purchased | Price Per Share | Purchase Cost | Sale Date | Number of Shares Sold | Sale Price Per Share | Total Sale Proceeds | Net Loss |
|---|---|---|---|---|---|---|---|---|
| 8/1/2011 | 100 | $64.41 | $6,441.00 | | | | | |
| 8/1/2011 | 100 | $64.41 | $6,441.00 | | | | | |
| 8/1/2011 | 100 | $64.43 | $6,443.00 | | | | | |
| 8/1/2011 | 100 | $64.44 | $6,444.00 | | | | | |
| 8/1/2011 | 900 | $64.43 | $57,987.00 | | | | | |
| 8/1/2011 | 100 | $64.44 | $6,444.00 | | | | | |
| 8/1/2011 | 200 | $64.44 | $12,888.00 | | | | | |
| 8/9/2011 | 100 | $48.89 | $4,889.00 | | | | | |
| 8/9/2011 | 200 | $48.90 | $9,780.00 | | | | | |
| 8/9/2011 | 100 | $48.90 | $4,890.00 | | | | | |
| 8/9/2011 | 100 | $48.90 | $4,890.00 | | | | | |
| 8/9/2011 | 100 | $48.94 | $4,894.00 | | | | | |
| 8/9/2011 | 800 | $48.93 | $39,144.00 | | | | | |
| 8/23/2011 | 100 | $50.99 | $5,099.00 | | | | | |
| 8/23/2011 | 100 | $50.99 | $5,099.00 | | | | | |
| 8/23/2011 | 600 | $50.99 | $30,594.00 | | | | | |
| 8/23/2011 | 100 | $51.00 | $5,100.00 | | | | | |
| 8/23/2011 | 100 | $51.00 | $5,100.00 | | | | | |
| 9/22/2011 | 100 | $36.97 | $3,697.00 | | | | | |
| 9/22/2011 | 100 | $36.97 | $3,697.00 | | | | | |
| 9/22/2011 | 100 | $36.98 | $3,698.00 | | | | | |
| 9/22/2011 | 600 | $36.97 | $22,182.00 | | | | | |
| 9/22/2011 | 100 | $36.98 | $3,698.00 | | | | | |
| 9/23/2011 | 100 | $35.50 | $3,550.00 | | | | | |
| 9/23/2011 | 200 | $35.51 | $7,102.00 | | | | | |
| 9/23/2011 | 300 | $35.50 | $10,650.00 | | | | | |
| | 5,600 | | $280,841.00 | *HELD | 5,600 | $ 28.99 | $ 162,344.00 | $118,497.00 |

* For shares held at the end of the Class Period, damages under the 1934 Act are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the Class Period. The price used is $28.99.