**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-00292-WJM-KMT

ANGELO ALBANO, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MOLYCORP, INC.,
MARK A SMITH and
JAMES S. ALLEN,

    Defendants.

_____

**DECLARATION OF KIP SHUMAN IN SUPPORT OF THE MOTION OF GORDON BRATTER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD AND LIAISON COUNSEL**

I, Kip Shuman, hereby declare as follows:

1. I am member of The Shuman Law Firm.

2. Gordon Bratter ("Mr. Bratter") seeks appointment as Lead Plaintiff pursuant to Section 21D of the Securities Exchange Act of 1934 in the above-captioned action (the "Action").

3. I submit this Declaration, together with the attached exhibits, in support of the Motion of Gordon Bratter for Appointment as Lead Plaintiff and Approval of his Selection of Kahn Swick & Foti LLC ("KSF") as Lead Counsel and The Shuman Law Firm ("SLF") as Liaison Counsel. I am fully familiar with the facts set forth herein.

4. Attached hereto as Exhibit A is a true and correct copy of the sworn shareholder certification of Mr. Bratter.

2

      5.      Attached hereto as Exhibit B is a true and correct copy of a table reflecting the calculated losses incurred by Mr. Bratter as a result of his transactions in Molycorp, Inc. common stock during the Class Period.

      6.      Attached hereto as Exhibit C is a true and correct copy of the press release issued on February 3, 2012 in Reuter, a well-known national publication, announcing the pendency of the lawsuit entitled *Albano v. Molycorp, Inc. et al.,* No 1:12-CV-00292-WJM-KMT.

      7.      Attached hereto as Exhibit D is a true and correct copy of the firm resume of KSF.

      8.      Attached hereto as Exhibit E is a true and correct copy of the firm resume of SLF.

I declare under penalty of perjury under the laws of the state of Colorado that the foregoing facts are true and correct. Executed this 3rd day of April, 2012, at Boulder, CO.

                                                        /s/ Kip Shuman
                                                          Kip Shuman