# EXHIBIT B

**Losses of Gordon Bratter on Class Period Purchases of Molycorp, Inc.**

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 3/29/2011 | $59.25 | 5000 | $296,250.00 | 3/29/2011 | $59.65 | $298,250.00 | $2,000.00 |
| 4/7/2011 | $67.30 | 100 | $6,730.00 | 4/7/2011 | $68.45 | $6,845.00 | $115.00 |
| 4/7/2011 | $67.30 | 1400 | $94,215.80 | 4/7/2011 | $68.45 | $95,830.00 | $1,614.20 |
| 4/7/2011 | $67.30 | 1000 | $67,298.00 | 4/7/2011 | $68.45 | $68,450.00 | $1,152.00 |
| 4/7/2011 | $67.30 | 365 | $24,564.14 | 4/7/2011 | $68.45 | $24,984.25 | $420.11 |
| 4/7/2011 | $67.33 | 2000 | $134,654.00 | 4/7/2011 | $68.45 | $136,900.00 | $2,246.00 |
| 4/7/2011 | $67.32 | 135 | $9,088.74 | 4/7/2011 | $68.45 | $9,240.75 | $152.01 |
| 4/11/2011 | $72.30 | 1700 | $122,903.20 | 4/14/2011 | $73.70 | $125,290.00 | $2,386.80 |
| 4/11/2011 | $72.30 | 100 | $7,230.00 | 4/14/2011 | $73.70 | $7,370.00 | $140.00 |
| 4/11/2011 | $72.29 | 300 | $21,687.96 | 4/14/2011 | $73.70 | $22,110.00 | $422.04 |
| 4/11/2011 | $72.30 | 300 | $21,689.70 | 4/14/2011 | $73.70 | $22,110.00 | $420.30 |
| 4/11/2011 | $72.29 | 2600 | $187,959.20 | 4/14/2011 | $73.70 | $191,620.00 | $3,660.80 |
| 4/25/2011 | $71.42 | 400 | $28,567.60 | 4/25/2011 | $73.08 | $29,232.00 | $664.40 |
| 4/25/2011 | $71.45 | 100 | $7,144.90 | 4/25/2011 | $73.08 | $7,308.00 | $163.10 |
| 4/25/2011 | $71.44 | 1000 | $71,439.00 | 4/25/2011 | $73.08 | $73,080.00 | $1,641.00 |
| 4/25/2011 | $71.45 | 900 | $64,305.00 | 4/25/2011 | $73.08 | $65,772.00 | $1,467.00 |
| 4/25/2011 | $71.46 | 400 | $28,583.60 | 4/25/2011 | $73.08 | $29,232.00 | $648.40 |
| 4/25/2011 | $71.46 | 2200 | $157,207.60 | 4/25/2011 | $73.08 | $160,776.00 | $3,568.40 |
| 4/28/2011 | $73.54 | 100 | $7,353.80 | 4/28/2011 | $74.12 | $7,412.00 | $58.20 |
| 4/28/2011 | $73.55 | 465 | $34,199.36 | 4/28/2011 | $74.12 | $34,465.80 | $266.45 |
| 4/28/2011 | $73.59 | 200 | $14,718.80 | 4/28/2011 | $74.12 | $14,824.00 | $105.20 |
| 4/28/2011 | $73.59 | 50 | $3,679.25 | 4/28/2011 | $74.12 | $3,706.00 | $26.75 |
| 4/28/2011 | $73.60 | 100 | $7,360.00 | 4/28/2011 | $74.12 | $7,412.00 | $52.00 |
| 4/28/2011 | $73.57 | 50 | $3,678.70 | 4/28/2011 | $74.12 | $3,706.00 | $27.30 |
| 4/28/2011 | $73.59 | 100 | $7,358.60 | 4/28/2011 | $74.12 | $7,412.00 | $53.40 |
| 4/28/2011 | $73.59 | 2035 | $149,759.72 | 4/28/2011 | $74.12 | $150,834.20 | $1,074.48 |
| 4/28/2011 | $73.60 | 1900 | $139,832.40 | 4/28/2011 | $74.12 | $140,828.00 | $995.60 |
| 5/3/2011 | $78.43 | 1200 | $94,114.80 | held | $29.02 | $34,822.00 | ($59,292.80) |
| 5/3/2011 | $78.43 | 100 | $7,843.00 | held | $29.02 | $2,901.83 | ($4,941.17) |
| 5/3/2011 | $78.42 | 100 | $7,841.50 | held | $29.02 | $2,901.83 | ($4,939.67) |
| 5/3/2011 | $78.43 | 1100 | $86,267.50 | held | $29.02 | $31,920.17 | ($54,347.33) |
| 5/3/2011 | $78.43 | 900 | $70,582.50 | 6/13/2011 | $47.02 | $42,320.70 | ($28,261.80) |
| 5/3/2011 | $78.43 | 200 | $15,685.00 | 6/13/2011 | $47.02 | $9,404.08 | ($6,280.92) |
| 5/3/2011 | $78.44 | 200 | $15,687.40 | 6/13/2011 | $47.02 | $9,404.08 | ($6,283.32) |
| 5/3/2011 | $78.44 | 1180 | $92,555.66 | 6/13/2011 | $47.03 | $55,490.68 | ($37,064.98) |
| 5/3/2011 | $78.44 | 20 | $1,568.74 | 6/13/2011 | $47.03 | $940.68 | ($628.06) |
| 5/12/2011 | $64.12 | 100 | $6,411.80 | 5/12/2011 | $65.13 | $6,513.00 | $101.20 |
| 5/12/2011 | $64.12 | 200 | $12,823.80 | 5/12/2011 | $65.13 | $13,026.00 | $202.20 |
| 5/12/2011 | $64.14 | 100 | $6,413.70 | 5/12/2011 | $65.13 | $6,513.00 | $99.30 |
| 5/12/2011 | $64.17 | 400 | $25,667.20 | 5/12/2011 | $65.13 | $26,052.00 | $384.80 |
| 5/12/2011 | $64.15 | 700 | $44,903.60 | 5/12/2011 | $65.13 | $45,591.00 | $687.40 |
| 5/12/2011 | $64.18 | 500 | $32,089.50 | 5/12/2011 | $65.13 | $32,565.00 | $475.50 |
| 5/12/2011 | $64.18 | 800 | $51,343.20 | 5/12/2011 | $65.14 | $52,112.00 | $768.80 |
| 5/12/2011 | $64.18 | 100 | $6,417.80 | 5/12/2011 | $65.14 | $6,514.00 | $96.20 |
| 5/12/2011 | $64.18 | 2000 | $128,356.00 | 5/12/2011 | $65.15 | $130,300.00 | $1,944.00 |
| 5/12/2011 | $64.17 | 100 | $6,416.70 | 5/12/2011 | $65.15 | $6,515.00 | $98.30 |
| 6/22/2011 | $54.64 | 100 | $5,463.80 | 6/22/2011 | $54.88 | $5,488.00 | $24.20 |
| 6/22/2011 | $54.65 | 100 | $5,465.00 | 6/22/2011 | $54.88 | $5,488.00 | $23.00 |
| 6/22/2011 | $54.65 | 100 | $5,464.70 | 6/22/2011 | $54.88 | $5,488.00 | $23.30 |
| 6/22/2011 | $54.66 | 100 | $5,465.70 | 6/22/2011 | $54.88 | $5,488.00 | $22.30 |
| 6/22/2011 | $54.69 | 200 | $10,937.40 | 6/22/2011 | $54.88 | $10,976.00 | $38.60 |
| 6/22/2011 | $54.68 | 300 | $16,403.40 | 6/22/2011 | $54.88 | $16,464.00 | $60.60 |
| 6/22/2011 | $54.69 | 1700 | $92,969.60 | 6/22/2011 | $54.88 | $93,296.00 | $326.40 |
| 6/22/2011 | $54.68 | 1900 | $103,884.40 | 6/22/2011 | $54.88 | $104,272.00 | $387.60 |
| 6/22/2011 | $54.68 | 200 | $10,935.80 | 6/22/2011 | $54.88 | $10,976.00 | $40.20 |
| 6/22/2011 | $54.69 | 300 | $16,407.00 | 6/22/2011 | $54.88 | $16,464.00 | $57.00 |
| 6/23/2011 | $53.09 | 378 | $20,066.51 | 6/24/2011 | $54.25 | $20,506.50 | $439.99 |
| 6/23/2011 | $53.09 | 200 | $10,617.20 | 6/24/2011 | $54.25 | $10,850.20 | $233.00 |
| 6/23/2011 | $53.09 | 122 | $6,476.49 | 6/24/2011 | $54.24 | $6,617.40 | $140.91 |
| 6/23/2011 | $53.09 | 100 | $5,309.00 | 6/24/2011 | $54.24 | $5,424.10 | $115.10 |
| 6/23/2011 | $53.10 | 900 | $47,787.30 | 6/24/2011 | $54.24 | $48,816.90 | $1,029.60 |
| 6/23/2011 | $53.10 | 300 | $15,929.10 | 6/24/2011 | $54.26 | $16,278.00 | $348.90 |
| 6/23/2011 | $53.10 | 900 | $47,787.30 | 6/24/2011 | $54.28 | $48,852.00 | $1,064.70 |

| Date | Price | Shares | Amount | Date | Price | Amount | Gain/Loss |
|---|---|---|---|---|---|---|---|
| 6/23/2011 | $53.11 | 200 | $10,621.80 | 6/24/2011 | $54.27 | $10,854.00 | $232.20 |
| 6/23/2011 | $53.15 | 100 | $5,315.00 | 6/24/2011 | $54.27 | $5,427.00 | $112.00 |
| 6/23/2011 | $53.16 | 300 | $15,947.10 | 6/24/2011 | $54.27 | $16,281.00 | $333.90 |
| 6/23/2011 | $53.15 | 100 | $5,315.40 | 6/24/2011 | $54.27 | $5,427.00 | $111.60 |
| 6/23/2011 | $53.15 | 800 | $42,523.20 | 6/24/2011 | $54.29 | $43,432.00 | $908.80 |
| 6/23/2011 | $53.15 | 300 | $15,946.20 | 6/24/2011 | $54.31 | $16,293.00 | $346.80 |
| 6/23/2011 | $53.15 | 200 | $10,629.40 | 6/24/2011 | $54.31 | $10,862.00 | $232.60 |
| 6/23/2011 | $53.15 | 100 | $5,314.70 | 6/24/2011 | $54.30 | $5,430.00 | $115.30 |
| 6/27/2011 | $56.21 | 100 | $5,621.00 | 6/27/2011 | $56.07 | $5,607.00 | ($14.00) |
| 6/27/2011 | $56.21 | 250 | $14,052.00 | 6/27/2011 | $56.07 | $14,017.50 | ($34.50) |
| 6/27/2011 | $56.22 | 352 | $19,789.09 | 6/27/2011 | $56.07 | $19,736.64 | ($52.45) |
| 6/27/2011 | $56.22 | 2200 | $123,679.60 | 6/27/2011 | $56.07 | $123,354.00 | ($325.60) |
| 6/27/2011 | $56.21 | 2098 | $117,926.48 | 6/27/2011 | $56.07 | $117,634.86 | ($291.62) |
| 6/29/2011 | $57.49 | 100 | $5,748.90 | 6/30/2011 | $61.06 | $6,106.00 | $357.10 |
| 6/29/2011 | $57.50 | 3300 | $189,746.70 | 6/30/2011 | $61.06 | $201,498.00 | $11,751.30 |
| 6/29/2011 | $57.50 | 1600 | $91,996.80 | 6/30/2011 | $61.06 | $97,696.00 | $5,699.20 |
| 7/19/2011 | $54.17 | 2200 | $119,171.80 | 7/19/2011 | $55.13 | $121,286.00 | $2,114.20 |
| 7/19/2011 | $54.17 | 367 | $19,878.56 | 7/19/2011 | $55.13 | $20,232.71 | $354.15 |
| 7/19/2011 | $54.17 | 100 | $5,416.70 | 7/19/2011 | $55.13 | $5,513.00 | $96.30 |
| 7/19/2011 | $54.15 | 540 | $29,238.30 | 7/19/2011 | $55.13 | $29,770.20 | $531.90 |
| 7/19/2011 | $54.18 | 600 | $32,506.20 | 7/19/2011 | $55.13 | $33,078.00 | $571.80 |
| 7/19/2011 | $54.17 | 1193 | $64,629.58 | 7/19/2011 | $55.13 | $65,770.09 | $1,140.51 |
| 7/21/2011 | $55.04 | 1200 | $66,046.80 | 7/21/2011 | $58.80 | $70,560.00 | $4,513.20 |
| 7/21/2011 | $55.05 | 200 | $11,010.00 | 7/21/2011 | $58.80 | $11,760.00 | $750.00 |
| 7/21/2011 | $55.05 | 2300 | $126,612.70 | 7/21/2011 | $58.80 | $135,240.00 | $8,627.30 |
| 7/21/2011 | $55.05 | 1300 | $71,562.40 | 7/21/2011 | $58.80 | $76,440.00 | $4,877.60 |
| 7/22/2011 | $59.85 | 100 | $5,984.80 | 7/22/2011 | $60.33 | $6,033.00 | $48.20 |
| 7/22/2011 | $59.86 | 164 | $9,816.88 | 7/22/2011 | $60.33 | $9,894.12 | $77.24 |
| 7/22/2011 | $59.87 | 100 | $5,986.90 | 7/22/2011 | $60.33 | $6,033.00 | $46.10 |
| 7/22/2011 | $59.86 | 300 | $17,957.40 | 7/22/2011 | $60.33 | $18,099.00 | $141.60 |
| 7/22/2011 | $59.88 | 1425 | $85,327.58 | 7/22/2011 | $60.33 | $85,970.25 | $642.68 |
| 7/22/2011 | $59.88 | 800 | $47,904.00 | 7/22/2011 | $60.33 | $48,264.00 | $360.00 |
| 7/22/2011 | $59.89 | 2100 | $125,764.80 | 7/22/2011 | $60.33 | $126,693.00 | $928.20 |
| 7/22/2011 | $59.89 | 11 | $658.78 | 7/22/2011 | $60.33 | $663.63 | $4.85 |
| 7/26/2011 | $64.45 | 100 | $6,445.00 | held | $29.02 | $2,901.83 | ($3,543.17) |
| 7/26/2011 | $64.48 | 2400 | $154,756.80 | held | $29.02 | $69,644.00 | ($85,112.80) |
| 7/26/2011 | $64.48 | 100 | $6,447.70 | held | $29.02 | $2,901.83 | ($3,545.87) |
| 7/26/2011 | $64.47 | 950 | $61,244.60 | held | $29.02 | $27,567.42 | ($33,677.18) |
| 7/26/2011 | $64.49 | 1450 | $93,509.05 | held | $29.02 | $42,076.58 | ($51,432.47) |

**Total Loss**  ($299,269.03)

**Dura Loss**  ($300,832.45)