# EXHIBIT C

**» Print**

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.

# Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against Molycorp Inc

Fri, Feb 3 2012

Robbins Geller Rudman & Dowd LLP announced that a class action has been commenced in the United States District Court for the District of Colorado on behalf of purchasers of Molycorp, Inc. (Molycorp) common stock during the period between March 9, 2011 and November 10, 2011 (Class Period). The complaint charges Molycorp and certain of its officers and directors with violations of the Securities Exchange Act of 1934. The complaint alleges that defendants' false and misleading statements about the capability of the Company's "Mountain Pass" mining operation and the Company's earnings caused Molycorp common stock to trade at artificially inflated prices throughout the Class Period. Specifically, defendants misrepresented and/or failed to disclose the following adverse facts during the Class Period; Molycorp's development and expansion of the Mountain Pass mine was not progressing on schedule and would not allow the Company to reach rare earth oxide production rates at the end of calendar 2012 and 2013; and end users had been reducing demand for the Company's products as prices for rare earth elements increased. Plaintiff seeks to recover damages on behalf of all purchasers of Molycorp common stock during the Class Period (the Class). The plaintiff is represented by Robbins Geller, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

© Thomson Reuters 2010. All rights reserved. Users may download and print extracts of content from this website for their own personal and non-commercial use only. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Thomson Reuters. Thomson Reuters and its logo are registered trademarks or trademarks of the Thomson Reuters group of companies around the world.

Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.