**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-00292-WJM-KMT

ANGELO ALBANO, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MOLYCORP, INC.,
MARK A SMITH and
JAMES S. ALLEN,
    Defendants.

**[PROPOSED] ORDER APPOINTING GORDON BRATTER AS LEAD PLAINTIFF AND APPROVING OF HIS SELECTION OF LEAD AND LIAISON COUNSEL**

Having considered the Motion of Gordon Bratter for Appointment as Lead Plaintiff and for Approval of his Selection of Lead and Liaison Counsel (the "Motion"), and all papers in support thereof and in opposition thereto, and oral argument, if any, and good cause appearing therefor:

1.    The Motion is hereby granted;

2.    Gordon Bratter is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(b) of the Private Securities Litigation Reform Act of 1995; and

3.    Gordon Bratter's selection of the law firm of Kahn Swick & Foti to serve as Lead Counsel for the Class is hereby approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v); and

4.    The Shuman Law Firm is hereby appointed as Liaison Counsel for the Class.

**IT IS SO ORDERED**.

DATED: _____

                                          HONORABLE  WILLIAM J. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE