**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-00292-WJM-KMT

ANGELO ALBANO, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

MOLYCORP, INC.,
MARK A. SMITH and
JAMES S. ALLEN,

    Defendants.

**DECLARATION OF JEFFREY A. BERENS IN SUPPORT OF MOTION TO APPOINT THE MOLYCORP SHAREHOLDER GROUP AS LEAD PLAINTIFF AND TO APPROVE SELECTION OF LEAD COUNSEL**

I, Jeffrey A. Berens, declare as follows:

I am a partner of Dyer & Berens LLP, proposed liaison counsel for plaintiffs/movants Philip Marner, Jerry W. Jewell, individually and as Trustee of the Jerry W. Jewell Trust, Donald McAlpin and Randall Duck, (collectively, the "Molycorp Shareholder Group").  I make this Declaration in support of Motion to Appoint the Molycorp Shareholder Group as Lead Plaintiff and to Approve Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of Pendency of Class Action published by *Business Wire*, a national business-oriented wire service, dated February 3, 2012;

Exhibit B:   The Molycorp Shareholder Group's Sworn Certifications;

Exhibit C:   Chart of the Molycorp Shareholder Group's Purchases and Losses;

Exhibit D:   The Molycorp Shareholder Group's Joint Declaration;

Exhibit E:   Firm resume of Kessler Topaz Meltzer & Check, LLP;

Exhibit F:   Firm resume of Robbins Geller Rudman & Dowd LLP;

Exhibit G:   Firm resume of Dyer & Berens LLP; and

Exhibit H:   Declaration of Tricia L. McCormick.

I declare under penalty of perjury, on this 3rd day of April, 2012, under the laws of the United States of America that the foregoing is true and correct.

s/Jeffrey A. Berens<br>JEFFREY A. BERENS (28007)

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 3, 2012.

          s/ JEFFREY A. BERENS
          JEFFREY A. BERENS

DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone:  303/861-1764
303/395-0393 (fax)

E-mail: jeff@dyerberens.com

# Mailing Information for a Case 1:12-cv-00292-WJM-KMT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Allen Berens**
  jeff@dyerberens.com,jeffreyberens@comcast.net,darby@dyerberens.com

- **Gregory J. Kerwin**
  gkerwin@gibsondunn.com,Denver_USDC@gibsondunn.com,AKostecka@gibsondunn.com,lhoward@gibsondunn.com

- **Allison Kaye Kostecka**
  akostecka@gibsondunn.com,lapodaca@gibsondunn.com

- **Charles Walter Lilley**
  clilley@lilleylaw.com

- **Rana Nader**
  rnader@jonesday.com,epete@jonesday.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)