# EXHIBIT A

# Robbins Geller Rudman & Dowd LLP Files Class Action Suit against Molycorp, Inc.

Business Wire

SAN DIEGO -- February 04, 2012

Robbins Geller Rudman & Dowd LLP ("Robbins Geller") (http://www.rgrdlaw.com/cases/molycorp/) today announced that a class action has been commenced in the United States District Court for the District of Colorado on behalf of purchasers of Molycorp, Inc. ("Molycorp") (NYSE:MCP) common stock during the period between March 9, 2011 and November 10, 2011 (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Darren Robbins of Robbins Geller at 800/449-4900 or 619/231-1058, or via e-mail at djr@rgrdlaw.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.rgrdlaw.com/cases/molycorp/. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Molycorp and certain of its officers and directors with violations of the Securities Exchange Act of 1934. Molycorp is a rare earth element mining company.

The complaint alleges that defendants' false and misleading statements about the capability of the Company's "Mountain Pass" mining operation and the Company's earnings caused Molycorp common stock to trade at artificially inflated prices throughout the Class Period. Specifically, defendants misrepresented and/or failed to disclose the following adverse facts during the Class Period: (a) Molycorp's development and expansion of the Mountain Pass mine was not progressing on schedule and would not allow the Company to reach rare earth oxide production rates at the end of calendar 2012 and 2013; and (b) end users had been reducing demand for the Company's products as prices for rare earth elements increased.

On November 10, 2011, the Company reported disappointing third quarter 2011 revenues and earnings results below analysts' estimates and announced a reduction in

Mountain Pass production guidance for the fourth quarter of 2011 due to expected equipment downtime relating to Mountain Pass engineering and expansion issues. The Company's stock price fell, dropping from $38.70 per share on November 10, 2011 to $33.45 per share on November 11, 2011, or 13.6%, on heavy trading volume.

Plaintiff seeks to recover damages on behalf of all purchasers of Molycorp common stock during the Class Period (the "Class"). The plaintiff is represented by Robbins Geller, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Robbins Geller, a 180-lawyer firm with offices in San Diego, San Francisco, New York, Boca Raton, Washington, D.C., Philadelphia and Atlanta, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. The Robbins Geller Web site (http://www.rgrdlaw.com) has more information about the firm.

**Contact:**

Robbins Geller
Darren Robbins, 800-449-4900 or 619-231-1058
djr@rgrdlaw.com

**Published: Feb 3, 2012 19:00:00**

-0- Feb/04/2012 00:00 GMT

Bloomberg Law®

© 2012 Bloomberg Finance L.P. All rights reserved. For terms of service see bloomberglaw.com // PAGE 2
Document Link: http://www.bloomberglaw.com/ms/document/LYUDC03V7U9S?showHeadnotes=yes

Robbins Geller Rudman & Dowd LLP Files Class Action Suit against Molycorp, Inc.

## General Information

| | |
|---|---|
| **Headline** | Robbins Geller Rudman & Dowd LLP Files Class Action Suit against Molycorp, Inc. |
| **Date** | Fri Feb 03 19:00:00 EST 2012 |

Bloomberg Law · © 2012 Bloomberg Finance L.P. All rights reserved. For terms of service see bloomberglaw.com // PAGE 1
Document Link: http://www.bloomberglaw.com/ms/document/LYUDC03V7U9S?showHeadnotes=yes