# EXHIBIT D

LIFO Losses in Molycorp, Inc. (MCP)
Class Period: 03/09/11 - 11/10/11
Hold price*       $ 28.9951

| John Allen | | Purchase Transactions | | | | | Sales Transactions | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Date | Units | Price | Cost | Transaction | Date | Units | Price | Proceeds | |
| Purchase | 11/08/11 | 3,685 | 41.1000 | 151,453.50 | Sale | 04/07/11 | (310) | 65.5000 | (20,305.00) | |
| Purchase | 11/08/11 | 100 | 41.0900 | 4,109.00 | Sale | 09/27/11 | (1,500) | 36.9200 | (55,380.00) | |
| Purchase | 10/26/11 | 4,142 | 37.5000 | 155,325.00 | Sale | 09/27/11 | (2,389) | 38.0000 | (90,782.00) | |
| Purchase | 10/20/11 | 3,860 | 37.1000 | 143,206.00 | Sale | 10/04/11 | (3,860) | 32.2000 | (124,292.00) | |
| Purchase | 10/17/11 | 3,612 | 37.2000 | 134,366.40 | Sale | 10/10/11 | (154) | 36.1500 | (5,567.10) | |
| Purchase | 10/11/11 | 3,527 | 35.5000 | 125,208.50 | Sale | 10/14/11 | (3,527) | 38.1000 | (134,378.70) | |
| Purchase | 10/04/11 | 154 | 29.9000 | 4,604.60 | Sale | 10/18/11 | (400) | 39.6600 | (15,864.00) | |
| Purchase | 09/28/11 | 3,860 | 37.8600 | 146,139.60 | Sale | 10/18/11 | (3,212) | 39.6500 | (127,355.80) | |
| Purchase | 09/20/11 | 2,069 | 42.8000 | 88,553.20 | Sale | 10/24/11 | (3,860) | 40.2500 | (155,365.00) | |
| Purchase | 09/20/11 | 343 | 42.1500 | 14,457.45 | Sale | 11/01/11 | (4,142) | 37.5700 | (155,614.94) | |
| Purchase | 09/15/11 | 1,477 | 50.5700 | 74,691.89 | | | | | | |
| Purchase | 04/06/11 | 310 | 61.7600 | 19,145.60 | Retained | | (3,785) | 28.9951 | (109,746.45) | |
| | | 27,139 | | $ 1,061,260.74 | | | (27,139) | | $ (994,650.99) | |
| | | | | | | | | **Total loss:** | **$ (66,609.75)** | |

| Peter Casale | | Purchase Transactions | | | | | Sales Transactions | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Date | Units | Price | Cost | Transaction | Date | Units | Price | Proceeds | |
| Purchase | 9/20/2011 | 300 | 43.4800 | 13,044.00 | Sale | 11/17/11 | (400) | 32.0000 | (12,800.00) | |
| Purchase | 6/20/2011 | 300 | 52.6600 | 15,798.00 | Sale | 11/23/11 | (300) | 29.3100 | (8,793.00) | |
| Purchase | 5/6/2011 | 300 | 70.9100 | 21,273.00 | Sale | 11/25/11 | (200) | 27.6700 | (5,534.00) | |
| Purchase | 5/3/2011 | 500 | 77.0800 | 38,540.00 | Sale | 01/03/12 | (200) | 24.3700 | (4,874.00) | |
| | | | | | Sale | 01/04/12 | (300) | 24.8600 | (7,458.00) | |
| | | 1,400 | | $ 88,655.00 | | | (1,400) | | $ (39,459.00) | |
| | | | | | | | | **Total loss:** | **$ (49,196.00)** | |

LIFO Losses in Molycorp, Inc. (MCP)

Class Period: 03/09/11 - 11/10/11

| Michael Fitzpatrick | | Purchase Transactions | | | | Sales Transactions | | | |
|---|---|---|---|---|---|---|---|---|---|
| Transaction | Date | Units | Price | Cost | Transaction | Date | Units | Price | Proceeds |
| Purchase | 10/13/11 | 1,186 | 36.2500 | 42,992.50 | Sale | 07/25/11 | (100) | 60.4000 | (6,040.00) |
| Purchase | 10/04/11 | 33 | 31.5100 | 1,039.83 | Sale | 07/26/11 | (100) | 64.5000 | (6,450.00) |
| Purchase | 09/30/11 | 50 | 32.2000 | 1,610.00 | Sale | 07/26/11 | (100) | 63.8000 | (6,380.00) |
| Purchase | 09/30/11 | 200 | 32.5000 | 6,500.00 | Sale | 07/28/11 | (100) | 65.4000 | (6,540.00) |
| Purchase | 09/28/11 | 70 | 36.5000 | 2,555.00 | Sale | 07/28/11 | (100) | 65.0500 | (6,505.00) |
| Purchase | 09/26/11 | 90 | 32.0200 | 2,881.80 | Sale | 08/10/11 | (200) | 51.0000 | (10,200.00) |
| Purchase | 09/21/11 | 200 | 42.1200 | 8,424.00 | Sale | 09/07/11 | (50) | 55.7000 | (2,785.00) |
| Purchase | 09/21/11 | 100 | 42.1190 | 4,211.90 | Sale | 09/16/11 | (100) | 53.1000 | (5,310.00) |
| Purchase | 09/21/11 | 100 | 42.1200 | 4,212.00 | Sale | 09/16/11 | (100) | 53.1000 | (5,310.00) |
| Purchase | 09/20/11 | 30 | 42.9600 | 1,288.80 | Sale | 09/19/11 | (400) | 53.1500 | (21,260.00) |
| Purchase | 09/20/11 | 400 | 43.5000 | 17,400.00 | Sale | 09/20/11 | (200) | 41.6000 | (8,320.00) |
| Purchase | 09/20/11 | 100 | 49.6300 | 4,963.00 | Sale | 09/29/11 | (500) | 33.0500 | (16,525.00) |
| Purchase | 09/20/11 | 500 | 49.8500 | 24,925.00 | Sale | 09/29/11 | (500) | 33.4000 | (16,700.00) |
| Purchase | 09/20/11 | 200 | 49.8500 | 9,970.00 | Sale | 09/29/11 | (200) | 34.0000 | (6,800.00) |
| Purchase | 09/15/11 | 17 | 51.2500 | 871.25 | Sale | 09/29/11 | (160) | 33.6000 | (5,376.00) |
| Purchase | 09/15/11 | 3 | 51.2500 | 153.75 | Sale | 10/24/11 | (300) | 39.4500 | (11,835.00) |
| Purchase | 09/06/11 | 40 | 51.5000 | 2,060.00 | | | | | |
| Purchase | 09/06/11 | 10 | 51.5000 | 515.00 | | | | | |
| Purchase | 08/16/11 | 25 | 56.1400 | 1,403.50 | | | | | |
| Purchase | 08/16/11 | 65 | 56.7800 | 3,690.70 | | | | | |
| Purchase | 08/15/11 | 50 | 58.2000 | 2,910.00 | | | | | |
| Purchase | 08/15/11 | 100 | 59.0000 | 5,900.00 | | | | | |
| Purchase | 08/15/11 | 100 | 59.1400 | 5,914.00 | | | | | |
| Purchase | 08/08/11 | 100 | 49.4300 | 4,943.00 | | | | | |
| Purchase | 08/08/11 | 100 | 49.3950 | 4,939.50 | | | | | |
| Purchase | 08/03/11 | 5 | 59.0000 | 295.00 | | | | | |
| Purchase | 08/02/11 | 180 | 59.4000 | 10,692.00 | | | | | |
| Purchase | 08/02/11 | 100 | 61.8200 | 6,182.00 | | | | | |
| Purchase | 07/27/11 | 100 | 61.0000 | 6,100.00 | | | | | |
| Purchase | 07/27/11 | 100 | 60.4500 | 6,045.00 | | | | | |
| Purchase | 07/15/11 | 100 | 52.0000 | 5,200.00 | | | | | |
| Purchase | 07/05/11 | 400 | 58.5000 | 23,400.00 | Retained | | (1,644) | 28.9951 | (47,667.94) |
| | | 4,854 | | $ 224,188.53 | | | (4,854) | | $ (190,003.94) |
| | | | | | | | | Total loss: | $ (34,184.59) |

LIFO Losses in Molycorp, Inc. (MCP)
Class Period: 03/09/11 - 11/10/11

| Harry Yianni | | Purchase Transactions | | | | | Sales Transactions | | |
|---|---|---|---|---|---|---|---|---|---|
| Transaction | Date | Units | Price | Cost | Transaction | Date | Units | Price | Proceeds |
| Purchase | 11/09/11 | 95 | 39.5000 | 3,752.50 | Sale | 04/04/11 | (1,200) | 64.2500 | (77,100.00) |
| Purchase | 09/29/11 | 150 | 35.0000 | 5,250.00 | Sale | 04/07/11 | (1,190) | 68.1000 | (81,039.00) |
| Purchase | 09/23/11 | 1,260 | 37.2800 | 46,972.80 | Sale | 04/12/11 | (400) | 70.0000 | (28,000.00) |
| Purchase | 05/12/11 | 1,537 | 61.5000 | 94,525.50 | Sale | 04/13/11 | (200) | 71.4500 | (14,290.00) |
| Purchase | 04/15/11 | 195 | 73.8000 | 14,391.00 | | | | | |
| Purchase | 04/12/11 | 200 | 68.4000 | 13,680.00 | | | | | |
| Purchase | 04/08/11 | 200 | 69.2500 | 13,850.00 | | | | | |
| Purchase | 04/08/11 | 200 | 67.0200 | 13,404.00 | | | | | |
| Purchase | 04/06/11 | 120 | 65.7100 | 7,885.20 | | | | | |
| Purchase | 04/06/11 | 500 | 65.5100 | 32,755.00 | | | | | |
| Purchase | 04/06/11 | 49 | 65.3899 | 3,204.11 | | | | | |
| Purchase | 04/06/11 | 351 | 65.3750 | 22,946.63 | | | | | |
| Purchase | 04/06/11 | 100 | 65.3900 | 6,539.00 | | | | | |
| Purchase | 04/06/11 | 70 | 65.0000 | 4,550.00 | Retained | | (2,037) | 28.9951 | (59,063.02) |
| | | 5,027 | | $ 283,705.73 | | | (5,027) | | $ (259,492.02) |
| | | | | | | | | Total loss: | $ (24,213.71) |
| | | | | | | | | Total Group Loss: | $ (174,204.04) |

*Shares held as of the date of this filing are valued using the average price of $28.9951 per share between 11/11/11 and 02/09/12.

**The value of common stock still held has been calculated using the purchase price of common stock held minus the average price of MCP common stock between 11/11/11 and 02/09/12 or $28.9951 multiplied by the number of shares held.