IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00292-WJM-KMT

ANGELO ALBANO, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

MOLYCORP, INC.,
MARK A. SMITH and
JAMES S. ALLEN,

    Defendants.

___

**DEFENDANTS' RESPONSE TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF(S) AND APPROVAL OF LEAD COUNSEL**

___

On April 3, 2012, five different sets of purported class members (collectively "Movants") moved for an Order (i) appointing lead plaintiff and (ii) approving the lead plaintiff's selection of lead counsel and liaison counsel. Specifically, the following motions were filed:

1. Motion of Sean L. Harrington for Appointment as Lead Plaintiff and Approval of His Selection of Co-Lead Counsel, *Albano v. Molycorp*, No. 1:12-cv-00292-WJM-KMT (D. Colo. Apr. 3, 2012), Dkt. 20;

2. Motion of Edward Alexander for Appointment as Lead Plaintiff and Approval of Selection of Counsel, *Albano v. Molycorp*, No. 1:12-cv-00292-WJM-KMT (D. Colo. Apr. 3, 2012), Dkt. 23;

3. Notice of Motion and Motion of the Allen Group for Appointment as Lead Plaintiff and Approval of Lead Counsel, *Albano v. Molycorp*, No. 1:12-cv-00292-WJM-KMT (D. Colo. Apr. 3, 2012), Dkt. 25;

4. Motion to Appoint the Molycorp Shareholder Group as Lead Plaintiff and to Approve Selection of Lead Counsel, *Albano v. Molycorp*, No. 1:12-cv-00292-WJM-KMT (D. Colo. Apr. 3, 2012), Dkt. 27; and

5. Motion of Gordon Bratter for Appointment as Lead Plaintiff and Approval of His Selection of Lead and Liaison Counsel; *Albano v. Molycorp*, No. 1:12-cv-00292-WJM-KMT (D. Colo. Apr. 3, 2012), Dkt. 28.

At this time, Defendants take no position as to which Movant or group of Movants should be appointed lead plaintiff and which law firms should be appointed lead and liaison counsel.[1] Defendants reserve the right to challenge in the future, for example in connection with a motion for class certification, the adequacy of any of these proposed lead plaintiffs as a class representative.

---

[1] Courts are split on whether defendants have standing to be heard during the lead plaintiff appointment process. *Compare In re Merck & Co., Inc. Sec. Litig.*, 432 F.3d 261, 266-67 (3d Cir. 2005) (holding it "makes sense" to deny defendants standing to challenge the appointment of lead plaintiff "because defendants will rarely have the best interests of the class at heart"), *with Pontiac Gen. Employees' Retirement Sys. v. Lockheed Martin Corp.*, 2012 WL 546475, at *2 n.3 (S.D.N.Y. Feb. 21, 2012) (noting the split of authority on this issue and holding "nothing in . . . the PSLRA[] forbids a defendant from arguing against appointment"). This Court has not addressed this issue and need not do so here because Molycorp is not taking a position on which Movant should be appointed as lead plaintiff and reserving any potential Rule 23 objections until the certification stage. *See In re Crocs, Inc. Sec. Litig.*, No. 07-cv-02351-KLM, 2008 WL 4298316, at *3 (D. Colo. Sept. 18, 2008) (noting "Defendants take no position as to who should be appointed lead plaintiff" but not discussing whether Defendants have standing to do so).

DATED: April 24, 2012

Respectfully Submitted,

  /s/ Gregory J. Kerwin
Gregory J. Kerwin
Allison K. Kostecka
GIBSON DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, CO  80202
Telephone: (303) 298-5700
FAX: (303) 298-5907
Email: gkerwin@gibsondunn.com
Email: akostecka@gibsondunn.com

*Attorneys for Defendant Molycorp, Inc.*

  /s/  Eric Landau
Eric Landau
Rana Nader
Travis Biffar
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
Telephone: (949) 851-3939
FAX: (949) 553-7539
Email:  elandau@jonesday.com
Email:  tbiffar@jonesday.com
Email: rnader@jonesday.com

*Attorneys for Defendants Mark A. Smith and James Allen*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2012, a true and correct copy of the foregoing DEFENDANTS' RESPONSE TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF(S) AND APPROVAL OF LEAD COUNSEL was served as indicated via the ECF/PACER system on the following:

| | |
|---|---|
| Darren J. Robbins<br>David C. Walton<br>Trig R. Smith<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone: (619) 231-1058<br><br>*Attorneys for Plaintiff*<br>(served via ECF/Pacer) | Robert J. Dyer III<br>Jeffrey A. Berens<br>DYER & BERENS LLP<br>303 East 17th Avenue, Suite 300<br>Denver, CO  80203<br><br><br><br><br>*Attorneys for Plaintiff*<br>(served via ECF/Pacer) |
| Deborah R. Gross<br>LAW OFFICES BERNARD M. GROSS, P.C.<br>Wanamaker Bldg., Suite 450<br>100 Penn Square East<br>Philadelphia, PA  19107<br><br>*Attorneys for Plaintiff*<br>(served via ECF/Pacer) | Kenneth A. Elan<br>LAW OFFICES OF KENNETH A. ELAN<br>217 Broadway, Suite 606<br>New York, NY  10007<br><br><br><br>*Attorneys for Plaintiff*<br>(served via ECF/Pacer) |
| Eric Landau (elandau@jonesday.com)<br>Rana Nader (rnader@jonesday.com)<br>Jones Day<br>3161 Michelson Drive, Suite 800<br>Irvine, California  92612-4408<br><br><br><br>*Attorneys for Defendants Mark A. Smith and James S. Allen*<br>(served via ECF/Pacer) | Charles Walter Lilley (clilleylaw@lilleylaw.com)<br>Karen Cody-Hopkins (karen@cody-hopkinslaw.com)<br>CHARLES LILLEY & ASSOCIATES P.C.<br>730 17th Street, Suite 670<br>Denver, CO  80202<br><br>*Attorneys for Plaintiff*<br>(served via ECF/Pacer) |
| Jeffrey S. Nobel (jnobel@izardnobel.com)<br>Nancy A. Kulesa (nkulesa@izardnobel.com)<br>IZARD NOBEL LLP<br>29 South Main Street, Suite 215<br>West Hartford, Connecticut  06107<br><br>*Attorneys for Plaintiff*<br>(served via ECF/Pacer) | Jeffrey M. Villanueva<br>JEFFREY M. VILLANUEVA, P.C.<br>1755 Blake Street, Suite 225<br>Denver, CO  80202<br><br><br><br>*Attorneys for Plaintiff*<br>(served via ECF/Pacer) |

- 5 -

| | |
|---|---|
| Kip Brian Shuman (kip@shumanlawfirm.com)<br>Rusty E. Glenn (rusty@schumanlawfirm.com)<br>THE SHUMAN LAW FIRM<br>885 Arapahoe Ave.<br>Boulder, CO  80302<br><br>*Attorneys for Plaintiff*<br>(served via ECF/Pacer) | |

*s/  Lynette Apodaca*
Lynette Apodaca