**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-00292-WJM-KMT

ANGELO ALBANO, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

MOLYCORP, INC.,
MARK A. SMITH and
JAMES S. ALLEN,

    Defendants.

**DECLARATION OF JEFFREY A. BERENS IN SUPPORT OF THE MOLYCORP
SHAREHOLDER GROUP'S REPLY MEMORANDUM IN FURTHER SUPPORT OF
ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

707307_1

I, Jeffrey A. Berens, declare as follows:

1. I am a partner of Dyer & Berens LLP, proposed liaison counsel for plaintiffs/movants Philip Marner, Jerry W. Jewell, individually and as Trustee of the Jerry W. Jewell Trust, Donald McAlpin and Randall Duck (collectively, the "Molycorp Shareholder Group"). I make this Declaration in support of the Molycorp Shareholder Group's Reply Memorandum in Further Support of Its Motion for Appointment as Lead Plaintiff. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Supplemental Joint Declaration in Further Support of the Molycorp Shareholder Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead and Liaison Counsel;

Exhibit B: *Weston v. Ciber, Inc.*, No. 11-cv-02827-JLK, Courtroom Minutes (D. Colo. Jan. 31, 2012);

Exhibit C: *La. Mun. Police Emps.' Ret. Sys. v. Green Mountain Coffee Roasters, Inc.*, No. 11-cv-00289-wks, slip. op. (D. Vt. Apr. 27, 2012); and

Exhibit D: *Faris v. Longtop Fin. Techs. Ltd.*, No. 11 Civ. 3658 SAS, The Longtop Investor Group's Joint Declaration in Support of Their Motion to Consolidate Related Actions, for Appointment as Lead Plaintiff and Approval of Lead Counsel (S.D.N.Y. July 22, 2011).

I declare under penalty of perjury, on this 8th day of May, 2012, under the laws of the United States of America, that the foregoing is true and correct.

s/JEFFREY A. BERENS<br>JEFFREY A. BERENS

- 1 -

707307_1

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 8, 2012.

s/JEFFREY A. BERENS
JEFFREY A. BERENS

DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone:  303/861-1764
303/395-0393 (fax)

E-mail: jeff@dyerberens.com

# Mailing Information for a Case 1:12-cv-00292-WJM-KMT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Allen Berens**
  jeff@dyerberens.com,jeffreyberens@comcast.net,darby@dyerberens.com

- **Travis Shenandoah Biffar**
  tbiffar@jonesday.com,kamarkwick@jonesday.com

- **Gregory J. Kerwin**
  gkerwin@gibsondunn.com,Denver_USDC@gibsondunn.com,AKostecka@gibsondunn.com,lhoward@gibsondunn.com

- **Allison Kaye Kostecka**
  akostecka@gibsondunn.com,lapodaca@gibsondunn.com

- **Eric Neil Landau**
  elandau@jonesday.com,kamarkwick@jonesday.com

- **Charles Walter Lilley**
  clilley@lilleylaw.com

- **Rana Nader**
  rnader@jonesday.com,epete@jonesday.com

- **Jeffrey S. Nobel**
  jnobel@izardnobel.com,nkulesa@izardnobel.com

- **Nicole Susan Schram**
  nikki@jmvpclaw.com,monica@jmvpclaw.com

- **Kip Brian Shuman**
  kip@shumanlawfirm.com,rusty@shumanlawfirm.com

- **The Allen Group**
  fmcconville@faruqilaw.com

- **Jeffrey Mark Villanueva**
  jeff@jmvpclaw.com,nikki@jmvpclaw.com,monica@jmvpclaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)