IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00292–WJM–KMT

ANGELO ALBANO, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

MOLYCORP, INC.,
MARK A. SMITH, and
JAMES S. ALLEN,

    Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on the parties' "Joint Motion to Vacate Rule 16(b) Scheduling Conference and Related Deadlines or in the Alternative for Clarification." (Doc. No. 51, filed June 4, 2012.)

The court does not opine on case law, cited by the parties, holding that the automatic stay provided for by the Private Securities Litigation Reform Act (PLSRA) applies when a defendant indicates an *intention* to file a motion to dismiss. *See* 15 U.S.C. § 78u-4(b)(3)(B) ("all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss . . . ."); *see also Spears v. Metro Life Ins.,* No. 2:07-CV-00088-RL-PRC, 2007 WL 1468697, at *3 (N.D. Ind. May 17, 2007) (noting that "courts have found that [Section 78u-4(b)(3)(B)'s] stay provision applies even though a motion to dismiss has not yet been filed."). Nevertheless, the court finds that the unique procedures governing this PLSRA action constitute good cause to forgo Fed. R. Civ. P. 16(b)(2)'s time constraints for holding the Scheduling Conference.

Accordingly, the parties' Motion (Doc. No. 51) is GRANTED and the Scheduling Conference set for June 18, 2012 is VACATED. No later than five (5) days after Defendants answer or otherwise respond, the parties shall file a Joint Status Report advising the court whether this case

should be stayed pursuant to Section 78u-4(b)(3)(B) or, alternatively, whether the Scheduling Conference should be reset.

Dated: June 5, 2012