**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-00292-RM-KMT

In re MOLYCORP, INC. SECURITIES LITIGATION.

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE FIRST AMENDED CONSOLIDATED COMPLAINT AND TO SET BRIEFING SCHEDULE FOR MOTIONS TO DISMISS**

1023054_1

Lead Plaintiffs Randall Duck, Jerry W. Jewell, Philip Marner and Donald E. McAlpin respectively move for an extension of time to file their First Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("FACC") and to set briefing schedule for motions to dismiss. Pursuant to D.C.COLO.LCivR 7.1(a), the parties have met and conferred regarding this motion and defendants agree with the relief requested. Pursuant to D.C.COLO.LCivR 6.1(a) and 6.1(c), this is Lead Plaintiffs' first request for an extension of a filing deadline in this action and Lead Plaintiffs' counsel have served contemporaneously a copy of this motion on their clients. In support of this motion, Lead Plaintiffs state as follows:

## I.   INTRODUCTION

This action, alleging violations of the federal securities laws, was commenced on February 3, 2012. *See* Dkt. No. 1. On May 29, 2012, the Court granted Lead Plaintiffs' motion for appointment as Lead Plaintiffs and their selection of Robbins Geller Rudman & Dowd LLP and Kessler Topaz Meltzer & Check, LLP as Co-Lead Counsel and Dyer & Berens LLP as Liaison Counsel for the putative class. *See* Dkt. No. 49.

On July 31, 2012 Lead Plaintiffs filed their Consolidated Class Action Complaint for Violations of Federal Securities Laws ("Consolidated Complaint"). *See* Dkt. No. 60. On October 22, 2012, defendants moved to dismiss the Consolidated Complaint.[1] *See* Dkt. Nos. 109-110. On

---

[1] On October 29, 2012, Magistrate Judge Tafoya requested the parties to file a joint status report if any portion of the case remains pending after a ruling on the then pending motion to dismiss. *See* Dkt. No. 114. As the Court is aware, in general, discovery is stayed in securities class actions until a court denies a defendant's motion to dismiss or a party has made a showing that particularized discovery is necessary to preserve evidence or prevent undue prejudice. *See* 15 U.S.C. §78u-4(b)(3)(B). Here, the Court has not denied defendants' motion to dismiss and neither party has made a showing that particularized discovery is necessary in this action. As such, a scheduling conference is not necessary.

December 21, 2012, Lead Plaintiffs filed their opposition to defendants' motion to dismiss and, on February 4, 2013, defendants filed their reply brief in further support of their motion to dismiss. *See* Dkt. Nos. 121, 123.

On March 31, 2015, the Court granted defendants' motion to dismiss without prejudice and provided Lead Plaintiffs with 35 days to amend the Consolidated Complaint. *See* Dkt. No. 150. As such, Lead Plaintiffs are due to file the FACC by no later than May 5, 2015.

## II.     GOOD CAUSE EXISTS FOR THE RELIEF REQUESTED

Lead Plaintiffs have good cause to request an extension, up to May 29, 2015, to file the FACC. The Court's March 31, 2015 Order is reflected in a detailed 68-page opinion, which identifies and discusses numerous pleading deficiencies of the Consolidated Complaint under Fed. R. Civ. P. 9(a) and the Private Securities Litigation Reform Act of 1995 ("PSLRA"). Lead Plaintiffs respectfully request an extension of the May 5, 2015 filing deadline so that their counsel has sufficient time in order to address reasonably and fully the deficiencies addressed by the Court in its March 31, 2015 Order. Lead Plaintiffs' counsel is currently in the process of reviewing and reassessing voluminous amounts of investigative materials for the purposes of amending the Consolidated Complaint and respectfully request additional time, up to and including May 29, 2015, to file the FACC. Lead Plaintiffs anticipate that the FACC will be lengthy and will allege numerous, highly detailed and specific allegations of falsity and intent to deceive that are consistent with the Court's March 31, 2015 Order.

Good cause also exists for the entry of a reasonable briefing schedule on Lead Plaintiffs' FACC. The parties are aware of the Court's Civil Practice Standard concerning Fed. R. Civ. P. 12(b) motions and believe the proposed briefing schedule below will accommodate the meet and

- 2 -

confer and reporting requirements of the Court's Civil Practice Standard. In addition, the parties intend to conduct the required meet and confer prior to moving for any extension of the page limitations set by the Court in its Civil Practice Standards. The proposed briefing schedule will further allow the parties to brief fully what they anticipate will be numerous complex legal issues that are ordinarily associated with securities class action cases. By entering the proposed briefing schedule, Lead Plaintiffs also believe providing certain filing dates will conserve the parties' and the Court's resources.

### III. REQUESTED RELIEF

For the reasons stated above, Lead Plaintiffs seek an entry of an Order establishing the following deadlines concerning the filing of, and any motion to dismiss, the FACC:

(a) Lead Plaintiffs shall file and serve the FACC by May 29, 2015;

(b) Defendants shall file any motions to dismiss the FACC by June 26, 2015;

(c) Lead Plaintiffs shall file their opposition to any motions to dismiss by July 24, 2015; and

(d) Defendants shall file their reply briefs in support of any motions to dismiss by August 14, 2015.

### IV. CONCLUSION

For the foregoing reasons, Lead Plaintiffs respectfully request that the Court grant this Unopposed Motion for Extension of Time to File the First Amended Consolidated Complaint and to

Set Briefing Schedule for Motions to Dismiss.  Pursuant to the Court's Civil Practice Standards, Lead Plaintiffs have transmitted, *via* email, a proposed Order to the Court.

DATED:  April 21, 2015

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JONAH H. GOLDSTEIN
TRIG R. SMITH
REGIS C. WORLEY, JR.

s/ TRIG R. SMITH
TRIG R. SMITH

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

KESSLER TOPAZ MELTZER
  & CHECK, LLP
MICHAEL K. YARNOFF
JOHN J. GROSS
MEREDITH L. LAMBERT
JOSHUA A. MATERESE
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

- 5 -

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS
303 East 17th Avenue, Suite 810
Denver, CO 80203
Telephone: 303/861-1764
303/395-0393 (fax)
bob@dyerberens.com
jeff@dyerberens.com

Liaison Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 21, 2015.

                                                                  s/ TRIG R. SMITH
                                                                  TRIG R. SMITH

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: trigs@rgrdlaw.com

1023054_1

# Mailing Information for a Case 1:12-cv-00292-RM-KMT Molycorp Shareholder Group et al v. Molycorp, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen M. Baldini**
  sbaldini@akingump.com,nymco@akingump.com

- **Jeffrey Allen Berens**
  jeff@dyerberens.com,jeffreyberens@comcast.net

- **David Adam Berger**
  dberger@abv.com

- **Travis Shenandoah Biffar**
  tbiffar@jonesday.com,kamarkwick@jonesday.com

- **Brian Thomas Carney**
  bcarney@akingump.com

- **Jonah H. Goldstein**
  jonahg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **John Jay Gross**
  jgross@ktmc.com,ahankins@ktmc.com

- **Stephen Kirk Ingebretsen**
  kingebretsen@shb.com,pheeren@shb.com,ssumpter@shb.com

- **Gregory J. Kerwin**
  gkerwin@gibsondunn.com,Denver_USDC@gibsondunn.com,AKostecka@gibsondunn.com,lhoward@gibsondunn.com

- **Peter George Koclanes**
  pkoclanes@shermanhoward.com,lcrisswell@shermanhoward.com,efiling@sah.com

- **Allison Kaye Kostecka**
  akostecka@gibsondunn.com,lapodaca@gibsondunn.com

- **Meredith Leigh Lambert**
  mlambert@ktmc.com

- **Eric Neil Landau**
  elandau@jonesday.com,kamarkwick@jonesday.com

- **Charles Walter Lilley**
  clilley@lilleylaw.com

- **Kevin Hugh Logan**
  klogan@jonesday.com

- **Joshua Angelo Materese**
  jmaterese@ktmc.com,ahankins@ktmc.com

- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com,tamar.pacht@ksfcounsel.com

- **Jeffrey S. Nobel**
  jnobel@izardnobel.com,nkulesa@izardnobel.com

- **Nicole Susan Schram**
  nikki@jmvpclaw.com,monica@jmvpclaw.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,e_file_sd@rgrdlaw.com,asharbutt@rgrdlaw.com

- **Benjamin James Sweet**
  bsweet@carlsonlynch.com

- **The Allen Group**
  fmcconville@faruqilaw.com

- **Jeffrey Mark Villanueva**
  jeff@jmvpclaw.com,melissa@jmvpclaw.com,monica@jmvpclaw.com

- **Daniel F. Wake**
  dwake@shb.com,hhiatt@shb.com,pheeren@shb.com,ssumpter@shb.com,mwarnecker@shb.com

- **Regis C. Worley , Jr**
  rworley@rgrdlaw.com

- **Michael Keith Yarnoff**
  myarnoff@ktmc.com,namjed@ktmc.com,ahankins@ktmc.com

- **Jonathan D.K. Youngwood**
  jyoungwood@stblaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)