IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00292-RM-KMT

In re MOLYCORP, INC. SECURITIES LITIGATION.

---

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF PROCEEDINGS PENDING SUBMISSION OF MOTION TO APPROVE SETTLEMENT**

---

Lead Plaintiffs Randall Duck, Jerry W. Jewell, Philip Marner and Donald E. McAlpin; representative Plaintiffs Iron Workers Mid-South Pension Fund, Joseph Martiny, Jayne McCarthy, Robert Grabowski, Marjorine Dowd, Kyle Hare, Robert DeStefano and Eugene R. Salmon (collectively "Plaintiffs"); Officer Defendants Mark A. Smith, James S. Allen, John F. Ashburn, Jr., and John L. Burba; Director Defendants Russell D. Ball, Ross R. Bhappu, Brian T. Dolan, Mark Kristoff, Alec Machiels, Charles R. Henry and Jack E. Thompson; and the Underwriter Defendants Morgan Stanley & Co. Incorporated n/k/a Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; Knight Capital Americas, L.P; Dahlman Rose & Company, LLC n/k/a Cowen and Company, LLC; Stifel, Nicolaus & Company Incorporated; BNP Paribas Securities Corp.; CIBC World Markets Corp.; Piper Jaffray & Co.; and RBS Securities Inc. (collectively "Defendants") submit this Notice of Settlement under D.C.COLO.LCivR 40.2(b).

The parties hereby notify the Court that through a mediation process with retired U.S. District Court Judge Layn Phillips, they have reached agreement on terms to settle all the claims in this case. Counsel for all the parties signed a settlement term sheet as of July 15, 2016.

The settlement requires court approval under Fed. R. Civ. P. 23, after notice to putative class members. The parties' counsel will be working to prepare a Stipulation of Settlement and related documents for seeking court approval of the settlement. There are some additional steps

the parties first must take in connection with Molycorp, Inc.'s bankruptcy proceeding in the Delaware Bankruptcy Court to obtain authorization for the settlement payment that is contemplated. Therefore, the parties' term sheet calls for a final and binding Stipulation of Settlement to be drafted and executed by the parties within 45 calendar days of the execution of their Term Sheet (i.e., by August 29, 2016, which is 45 days from July 15, 2016). Once that Stipulation of Settlement is completed, Plaintiffs' counsel will file a motion seeking court approval of the settlement.

While the parties' counsel are completing work on the settlement documents, all parties stipulate and request that the Court enter a stay of all proceedings in this case, pending further orders of the Court after Plaintiffs submit a motion for preliminary approval of the settlement.

WHEREFORE, the parties respectfully notify the Court of their agreement on settlement terms and request that the Court enter a stay of all proceedings in this case pending further Orders of the Court after Plaintiffs submit a motion for preliminary approval of the settlement.

Dated: July 27, 2016                                    Respectfully Submitted,

*s/ Trig R. Smith*                                      *s/ Gregory J. Kerwin*
Tor Gronborg                                            Gregory J. Kerwin
Jonah H. Goldstein                                      Allison K. Kostecka
Trig R. Smith
Regis C. Worley, Jr.                                    GIBSON, DUNN & CRUTCHER LLP
ROBBINS GELLER RUDMAN & DOWD                            1801 California Street, Suite 4200
LLP                                                     Denver, CO 80202
655 West Broadway, Suite 1900                           Telephone:  303/298-5700
San Diego, CA 92101                                     Facsimile:    303/298-5907
Telephone: (619) 231-1058
Facsimile: (619) 231-7423                               Counsel for Defendants Russell D. Ball, Ross
                                                        R. Bhappu, Brian T. Dolan, Mark Kristoff,
Counsel for Plaintiffs                                  Alec Machiels, Charles R. Henry and Jack E.
                                                        Thompson

2

| | |
|---|---|
| Matthew L. Mustokoff<br>Meredith L. Lambert<br>Joshua A. Materese<br>KESSLER TOPAZ MELTZER & CHECK, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>Counsel for Plaintiffs<br><br>Jeffrey A. Berens<br>BERENS LAW LLC<br>2373 Central Park Boulevard, Suite 100<br>Denver, CO 80238-2300<br>Telephone: 303.861.1764<br>Facsimile: 303.395.0393<br><br>Liaison Counsel for Plaintiffs | *s/ Koji F. Fukumura*<br>Koji F. Fukumura<br><br>COOLEY LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121-1909<br>Telephone:   858/550-6047<br>Facsimile:    858/550-6420<br><br>Counsel for Defendants Mark A. Smith, James S. Allen, John F. Ashburn, Jr., and John L. Burba<br><br><br>*s/ Jonathan K. Youngwood*<br>Jonathan K. Youngwood<br><br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>Telephone:   212/455-2000<br>Facsimile:    212/455-2502<br><br>Peter G. Koclanes<br>SHERMAN & HOWARD L.L.C.<br>633 Seventeenth Street, Suite 3000<br>Denver, CO 80202<br>pkoclanes@shermanhoward.com<br>Telephone: (303) 297-2900<br>Facsimile: (303) 298-0940<br><br>Counsel for Defendants Morgan Stanley & Co. Incorporated n/k/a Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; Knight Capital Americas, L.P.; Dahlman Rose & Company, LLC n/k/a Cowen and Company, LLC; Stifel, Nicolaus & Company Incorporated; BNP Paribas Securities Corp.; CIBC World Markets Corp.; Piper Jaffray & Co.; and RBS Securities Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2016, I served a copy of the foregoing JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF PROCEEDINGS PENDING SUBMISSION OF MOTION TO APPROVE SETTLEMENT through the Electronic Court Filing system to all counsel of record.

/s/   *Loretta Howard*
Loretta Howard